

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00165-CV

| | |
|---|---|
| IN THE MATTER OF R.S. | § On Appeal from the 323rd District Court |
| | § of Tarrant County (323-118013-22) |
| | § December 8, 2022 |
| | § Memorandum Opinion by Justice Birdwell |
| | § Dissenting Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed, and this case is remanded to the trial court for a new disposition hearing.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
     Justice Wade Birdwell